### *ALDRICH v. MARCELLUS.

CONTRADICTORY DECLARATIONS TO IMPEACH WITNESS.

Deposition in other suit, can not be used to contradict witness unless inquiry is first made.

APPEAL—Motion for a new trial.

Held: That a witness, not a party to the suit may not be contradicted by statements made in a deposition given by him in another suit in which the parties in the suit were not parties, and in reference to which deposition no inquiry was made of the witness.

Darius Cadwell, for plaintiff.

E. Sowers, for defendant.

---

### NEW TRIAL.

### KRUM v. STOLL

EVIDENCE NOT TO BE CUMULATIVE.

Newly discovered evidence as a ground for a new trial must not be cumulative.

Where a new trial is sought on the ground of newly discovered evidence, that evidence should not be cumulative. Jones v. Voorhees, 10 O., 147; W., 548; Stevens v. Hey, 15 O., 313; 1 D., 115; Loeffner v. State, 10 O. S., 598.

J. H. Hardy and C. L. Fish, for plaintiff.

Willson & Sykora and Hessenmueller & Gallup, for defendant.

---

* The judgment in this case was affirmed by the supreme court without report, March 15, 1892.